## Maryland Minimum Wage and Overtime Law

### Minimum Wage Rates

| $7.25 Until 12/31/14 | $8.00 Effective 1/1/15 | $8.25 Effective 7/1/15 |
|---|---|---|
| $8.75 Effective 7/1/16 | $9.25 Effective 7/1/17 | $10.10 Effective 7/1/18 |

**Effective Oct. 1, 2015** <u>Prince George's Co.</u> and <u>Montgomery Co.</u> minimum wage rates take effect. Employers in these counties are required to post the applicable rate information.

(Labor and Employment Article, Title 3, Subtitle 4, Annotated Code of Maryland)

### Minimum Wage

Most employees must be paid the Maryland State Minimum Wage Rate.

**Tipped Employees** (earning more than $30 per month in tips): must earn the State Minimum Wage Rate per hour. Employers must pay at least **$3.63** per hour. This amount plus tips must equal at least the State Minimum Wage Rate.

**Amusement and Recreational Establishments (who meet certain requirements):** must pay employees at least 85% of the State Minimum Wage Rate or $7.25, whichever is higher.

**Employees under 20 years of age:** must earn at least 85% of the State Minimum Wage Rate for the first 6 months of employment.

### Overtime

Most employees must be paid **1.5 times** their usual hourly rate for all work over **40 hrs.** per week. Exceptions:

- Bowling establishments, and institutions providing on-premise care (other than hospitals) to the sick, the aged, or individuals with disabilities for all work over **48 hrs.** per week
- Agricultural workers for all work over **60 hrs.** per week

### Exemptions

**Minimum Wage and Overtime Exemptions:**
- Immediate family member of the employer
- Certain agricultural employees
- Executives, administrative, and professional employees
- Volunteers for educational, charitable, religious, and non-profit organizations
- Employees under 16 working less than 20 hours per week
- Outside salesman
- Commissioned employees
- Employees enrolled as a trainee as part of a public school special education program
- Non-administrative employees of organized camps
- Certain establishments selling food and drink for consumption on the premises grossing less than $400,000 annually
- Drive-in theaters
- Establishments engaged in the first canning, packing or freezing of fruits, vegetables, poultry, or seafood

**Overtime Only Exemptions (must earn the State Minimum Wage Rate):**
- Taxicab drivers
- Certain employees selling/servicing automobiles, farm equipment, trailers, or trucks
- Non-profit concert promoter, theater, music festival, music pavilion, or theatrical show
- Employers subject to certain railroad requirements of the U.S. Dept. of Transportation, the Federal Motor Carrier Act, and the Interstate Commerce Commission

**FOR MORE INFORMATION OR TO FILE A COMPLAINT CONTACT:**
Department of Labor, Licensing and Regulation
Division of Labor and Industry—Employment Standards Service
1100 North Eutaw Street, Room 607, Baltimore, MD 21201
Telephone Number: (410) 767-2357 • Fax Number: (410) 333-7303
E-mail: dldliemploymentstandards-dllr@maryland.gov

**EMPLOYERS ARE REQUIRED BY LAW TO POST THIS INFORMATION. PAY RECORDS MUST BE KEPT FOR 3 YEARS ON OR ABOUT THE PLACE OF WORK. PENALTIES ARE PRESCRIBED FOR VIOLATIONS OF THE LAW.**

Rev. 11/2015

### Notice to Employers / Employees

Your state has its own minimum wage law which requires posting a notice regarding the aspects of that law. Employers are still required to post the Federal Minimum Wage notice from the U.S. Dept. of Labor Fair Labor Standards Act in addition to this state posting. According to the Dept. of Labor; where Federal and state law have different minimum wage rates, the higher standard applies.

**This Posting is for Informational Purposes Only**