UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **NICHOLAS PETERSON et al.** * | |
| *On behalf of themselves and others similarly situated,* * | |
| * | |
| Plaintiffs, * | CIVIL NO.: JKB-16-3629 |
| * | |
| v. * | |
| M.J.J. INC. et al., * | |
| Defendants. * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF BETTY BOPST

Betty Bopst declares as follows:

1. My name is Betty Bopst. I am a Server at Suburban House Restaurant. I am also the Head Trainer. I have worked at Suburban House for approximately seven (7) years. I am a tipped employee. I trained Jena Danson, Nicholas Peterson, and Cali Fitzgerald. Danson and Peterson were boyfriend and girlfriend. I explained to them that Suburban House disfavors fraternization among employees, but they continued their involvement.

2. There are several employment-related posters in and around the kitchen area of Suburban House. Attached hereto as *Exh. 1* is a true and correct copy of the Poster entitled "Maryland Minimum Wage and Overtime Law" that is posted on the loading dock door. Attached hereto as *Exh. 2* is a true and correct copy of the Poster entitled "Federal Labor Laws" that is posted on the front kitchen door (the entire Poster followed by a close-up).

3. As a server, I do not regularly or customarily work overtime. I am not aware of any

1

issue or problem with my pay. I am permitted to retain all my tips.

4. Regarding customer walkouts, Suburban House has required employees to pay out-of-pocket for customer walkouts. It is very rare for a customer to walk out on the tab of Suburban House. On the rare occasion when this occurs, it is typically because an elderly person has forgotten and pays the check a short time after leaving, when he or she remembers and/or finds the check with which he or she left. Over the past three (3) years, this has happened to me approximately one (1) time. Neither Jena Danson, nor Nicholas Peterson, nor Cali Fitzgerald were ever required to pay for customer walkouts. Besides this policy, there was no other policy in which Suburban House required employees to pay for business losses.

5. I complained to Mark Horowitz that Cali Fitzgerald came to work high on drugs, slurring her speech, and barely able to function. Fitzgerald was so high that she would pour soup all over herself. It is my understanding that Fitzgerald was in and out of drug rehabilitation programs. Mr. Horowitz defended Fitzgerald and talked about helping to give her a chance. Customers complained to me that they did not want Fitzgerald serving them. Other servers complained that they did not want to work with Fitzgerald. At one point, Mr. Horowitz told Fitzgerald that she needed to get clean before she would be allowed to return to work. Fitzgerald was terminated because she came to work extremely high and was outside smoking from a pipe by the dumpsters. She was terminated that same day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21th day of March, 2017, in Pikesville, Maryland.

                                                                              _____
                                                                              Betty Bopst

# Exhibit 1

# Maryland Minimum Wage and Overtime Law

## Minimum Wage Rates 

| $7.25 Until 12/31/14 | $8.00 Effective 1/1/15 | $8.25 Effective 7/1/15 |
| --- | --- | --- |
| $8.75 Effective 7/1/16 | $9.25 Effective 7/1/17 | $10.10 Effective 7/1/18 |

**Effective Oct. 1, 2014**
Prince George's Co. and Montgomery Co. minimum wage rates take effect. Employers in these counties are required to post the applicable rate information.

(Labor and Employment Article, Title 3, Subtitle 4, Annotated Code of Maryland)

### Minimum Wage

Most employees must be paid the Maryland State Minimum Wage Rate.

**Tipped Employees** (earning more than $30 per month in tips): must earn the State Minimum Wage Rate per hour. Employers must pay at least $3.63 per hour. This amount plus tips must equal at least the State Minimum Wage Rate.

**Amusement and Recreational Establishments** (who meet certain requirements): must pay employees at least 85% of the State Minimum Wage Rate or $7.25, whichever is higher.

**Employees under 20 years of age**: must earn at least 85% of the State Minimum Wage Rate for the first 6 months of employment.

### Overtime

Most employees must be paid **1.5 times** their usual hourly rate for all work over 40 hrs. per week. Exceptions:

- Bowling establishments, and institutions providing on-premise care (other than hospitals) to the sick, the aged, or individuals with disabilities for all work over 48 hrs. per week
- Agricultural workers for all work over 60 hrs. per week

### Exemptions

**Minimum Wage and Overtime Exemptions:**
- Immediate family member of the employer
- Certain agricultural employees
- Executives, administrative, and professional employees
- Volunteers for educational, charitable, religious, and non-profit organizations
- Employees under 16 working less than 20 hours per week
- Outside salesman
- Commissioned employees
- Employees enrolled as a trainee as part of a public school special education program
- Non-administrative employees of organized camps
- Certain establishments selling food and drink for consumption on the premises grossing less than $400,000 annually
- Drive-in theaters
- Establishments engaged in the first canning, packing or freezing of fruits, vegetables, poultry, or seafood

**Overtime Only Exemptions (must earn the State Minimum Wage Rate):**
- Taxicab drivers
- Certain employees selling/servicing automobiles, farm equipment, trailers, or trucks
- Non-profit concert promoter, theater, music festival, music pavilion, or theatrical show
- Employers subject to certain railroad requirements of the U.S. Dept. of Transportation, the Federal Motor Carrier Act, and the Interstate Commerce Commission

FOR MORE INFORMATION OR TO FILE A COMPLAINT CONTACT:
Department of Labor, Licensing and Regulation
Division of Labor and Industry—Employment Standards Service
1100 North Eutaw Street, Room 607, Baltimore, MD 21201
Telephone Number: (410) 767-2357 • Fax Number: (410) 333-7303
E-mail: dliemploymentstandards-dllr@maryland.gov

**EMPLOYERS ARE REQUIRED BY LAW TO POST THIS INFORMATION. PAY RECORDS MUST BE KEPT FOR 3 YEARS ON OR ABOUT THE PLACE OF WORK. PENALTIES ARE PRESCRIBED FOR VIOLATIONS OF THE LAW.**

Rev. 11/2014

### Notice to Employers / Employees

# Exhibit 2



# EMPLOYEE RIGHTS
## UNDER THE FAIR LABOR STANDARDS ACT

### FEDERAL MINIMUM WAGE $7.25 PER HOUR
BEGINNING JULY 24, 2009

The law requires employers to display this poster where employees can readily see it.

**OVERTIME PAY**
At least 1½ times the regular rate of pay for all hours worked over 40 in a workweek.

**CHILD LABOR**
An employee must be at least 16 years old to work in most non-farm jobs and at least 18 to work in non-farm jobs declared hazardous by the Secretary of Labor. Youths 14 and 15 years old may work outside school hours in various non-manufacturing, non-mining, non-hazardous jobs with certain work hours restrictions. Different rules apply in agricultural employment.

**TIP CREDIT**
Employers of "tipped employees" who meet certain conditions may claim a partial wage credit based on tips received by their employees. Employers must pay tipped employees a cash wage of at least $2.13 per hour if they claim a tip credit against their minimum wage obligation. If an employee's tips combined with the employer's cash wage of at least $2.13 per hour do not equal the minimum hourly wage, the employer must make up the difference.

**NURSING MOTHERS**
The FLSA requires employers to provide reasonable break time for a nursing mother employee who is subject to the FLSA's overtime requirements in order for the employee to express breast milk for her nursing child for one year after the child's birth each time such employee has a need to express breast milk. Employers are also required to provide a place, other than a bathroom, that is shielded from view and free from intrusion from coworkers and the public, which may be used by the employee to express breast milk.

**ENFORCEMENT**
The Department has authority to recover back wages and an equal amount in liquidated damages in instances of minimum wage, overtime, and other violations. The Department may litigate and/or recommend criminal prosecution. Employers may be assessed civil money penalties for each willful or repeated violation of the minimum wage or overtime pay provisions of the law.

Civil money penalties may also be assessed for violations of the FLSA's child labor provisions. Heightened civil money penalties may be assessed for each child labor violation that results in the death or serious injury of any minor employee, and such assessments may be doubled when the violations are determined to be willful or repeated. The law also prohibits retaliating against or discharging workers who file a complaint or participate in any proceeding under the FLSA.

**ADDITIONAL INFORMATION**
- Certain occupations and establishments are exempt from the minimum wage, and/or overtime pay provisions.
- Special provisions apply to workers in American Samoa, the Commonwealth of the Northern Mariana Islands, and the Commonwealth of Puerto Rico.
- Some state laws provide greater employee protections; employers must comply with both.
- Some employers incorrectly classify workers as "independent contractors" when they are actually employees under the FLSA. It is important to know the difference between the two because employees (unless exempt) are entitled to the FLSA's minimum wage and overtime pay protections and correctly classified independent contractors are not.
- Certain full-time students, student learners, apprentices, and workers with disabilities may be paid less than the minimum wage under special certificates issued by the Department of Labor.



**WAGE AND HOUR DIVISION**
**UNITED STATES DEPARTMENT OF LABOR**
1-866-487-9243 • TTY: 1-877-889-5627



---

(Partial adjacent poster visible at right edge:)

**EM... EMPLOY...**
The Emp... prohibits lie detec... screenin...

**PROHIBITIONS**
Employers are g... job applicant to t... discriminating ag... a test or for exen...

**EXEMPTIONS**
Federal, State an... does not apply to... individuals engag...

The Act permits... private sector, su... security service f... manufacturers, d...

The Act also pern... employees of priv... workplace incide... the employer.

The law does not... collective bargain... detector tests.

**EXAMINEE RIGHT...**
Where polygraph... standards concern... number of specifi... the right to refuse... disclosed to unaut...

**ENFORCEMENT**
The Secretary of L... civil penalties agai... own court actions.