UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| **NICHOLAS PETERSON et al.** | * | |
| *On behalf of themselves and others similarly situated,* | * | |
| | * | |
| **Plaintiffs,** | * | **CIVIL NO.: JKB-16-3629** |
| | * | |
| **v.** | * | |
| **M.J.J. INC. et al.,** | * | |
| **Defendants.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF RICKY TYSON

Ricky Tyson declares as follows:

1.      My names is Ricky Tyson.  I am a Server at Suburban House Restaurant.  I have worked at Suburban House for approximately twelve (12) years.  I am a tipped employee and retain all tips.

2.      As a server, I do not regularly or customarily work overtime.

3.      Regarding customer walkouts, I have heard that Suburban House restaurant requires employees to pay out-of-pocket for customer walkouts.  It is very rare for a customer to walk out on the tab of Suburban House.  I am not aware of any specific instance in which this has happened.  This has never happened to me.  No customer of mine has ever walked out without paying the tab.  I am not aware of any other policy at Suburban House in which employees are required to pay for business losses.

4.      There are several employment-related posters in and around the kitchen area of Suburban House.  Attached hereto as *Exh. 1* is a true and correct copy of the Poster entitled

"Maryland Minimum Wage and Overtime Law" that is posted on the loading dock door.  Attached

hereto as *Exh. 2* is a true and correct copy of the Poster entitled "Federal Labor Laws" that is posted

on the front kitchen door (the entire Poster followed by a close-up).

5.      I routinely observed Cali Fitzgerald come to work high on drugs.  Customers would

complain even in carry-out that they did not want her to assist them.  On her last day of

employment, I observed Fitzgerald outside behind the restaurant in the fenced-in dumpster area

smoking methamphetamine or crack from a large homemade foil pipe.  Two other employees

observed this as well.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21 th day of March, 2017, in Pikesville, Maryland.

Ricky Tyson

# Exhibit 1

**AL WORK**

# Minimum Wage ... time Law



## DLLR    Minimum Wage Rates

| $7.25 | $8.00 | $8.25 |
|---|---|---|
| Until 12/31/14 | Effective 1/1/15 | Effective 7/1/15 |

| $8.75 | $9.... | $10.1... |
|---|---|---|
| Effective 7/1/16 | Effective 7/1/17 | Effective 7/... |

**Effective Oct. 1, 2015**
<u>Prince George's Co.</u> and <u>Montgomery Co.</u> minimum wage rates take effect. Employers in these counties are required to post the applicable rate information.

[Labor and Employment Article, Title 3, Subtitle 4, Annotated Code of Maryland]

### Minimum Wage
Most employees must be paid the Maryland State Minimum Wage Rate.

**Tipped Employees** (earning more than $30 per month in tips): must earn the State Minimum Wage Rate per hour. Employers must pay at least $3.63 per hour. This amount plus tips must equal at least the State Minimum Wage Rate.

**Amusement and Recreational Establishments** (who meet certain requirements): must pay employees at least 85% of the State Minimum Wage Rate or $7.25, whichever is higher.

**Employees under 20 years of age:** must earn at least 85% of the State Minimum Wage Rate for the first 6 months of employment.

### Overtime
Most employees must be paid <u>1.5 times</u> their usual hourly rate for all work over 40 hrs. per week. Exceptions:
- Bowling establishments, and institutions providing on-premise care (other than hospitals) to the sick, the aged, or individuals with disabilities for all work over 48 hrs. per week
- Agricultural workers for all work over 60 hrs. per week

### Exemptions
**Minimum Wage and Overtime Exemptions:**
- Immediate family member of the employer
- Certain agricultural employees
- Executives, administrative, and professional employees
- Volunteers for educational, charitable, religious, and non-profit organizations
- Employees under 16 working less than 20 hours per week
- Outside salesman
- Commissioned employees
- Employees enrolled as a trainee as part of a public school special education program
- Non-administrative employees of organized camps
- Certain establishments selling food and drink for consumption on the premise grossing less than $400,000 annually

- Drive-in theaters
- Establishments engaged in the first canning, packing or freezing of fruits, vegetables, poultry, or seafood

**Overtime Only Exemptions** (must earn the State Minimum Wage Rate):
- Taxicab drivers
- Certain employees selling/servicing automobiles, farm equipment, trailers, or trucks
- Non-profit concert promoter, theater, music festival, music pavilion, or theatrical show
- Employers subject to certain railroad requirements of the U.S. Dept. of Transportation, the Federal Motor Carrier Act, and the Interstate Commerce Commission

**FOR MORE INFORMATION OR TO FILE A COMPLAINT CONTACT:**
Department of Labor, Licensing and Regulation
Division of Labor and Industry—Employment Standards Service
1100 North Eutaw Street, Room 607, Baltimore, MD 21201
Telephone Number: (410) 767-2357 • Fax Number: (410) 333-7303
E-mail: dldlemploymentstandards-dllr@maryland.gov

EMPLOYERS ARE REQUIRED BY LAW TO POST THIS INFORMATION.
PAY RECORDS MUST BE KEPT FOR 3 YEARS ON OR ABOUT THE PLACE OF WORK.
PENALTIES ARE PRESCRIBED FOR VIOLATIONS OF THE LAW.
Rev. 11/2015

**Notice to Employers / Employees**

---

(Left column — partially visible)

re the meanings indicated.

... profession, trade, or other

... ctly or indirectly in the interest of

... ment.

... vantage provided to an employee

... women in a lawful enterprise.

... mmissioner may:

... iliation, and persuasion to eliminate ... title; and

... an employee under this subtitle.

... e between employees in any ... sex at a rate less than the rate paid ... es work in the same establishment ... ork on the same operation, in the

... section does not prohibit a variation

... inate on the basis of sex;
... iscriminate on the basis of sex;
... ils;
... ce of different duties or services; or
... ts or at different times of day.

... eying a wage in violation of this ... ly with this subtitle.

... the Commissioner requires on:

... d under this subsection for the period

... this section, an employer shall make

... ommissioner shall provide without

... d conspicuously in each place of

... yee.

... an affected employee may bring an ... e difference between the wages paid to ... e same type work and an additional equal

... n behalf of the employee and other

... request of an employee who is entitled to ... mmissioner may:

... trust for the employee;
... an action in accordance with this section on

... ainst an employer.

... this section shall be filed within 3 years of

... ployee to work for less than the wage to ... s subtitle is not a defense to an action under

... e employee is entitled to judgment in an ... n allow against the employer reasonable

# Exhibit 2



# EMPLOYEE RIGHTS
## UNDER THE FAIR LABOR STANDARDS ACT

## FEDERAL MINIMUM WAGE **$7.25** PER HOUR
BEGINNING JULY 24, 2009

**The law requires employers to display this poster where employees can readily see it.**

### OVERTIME PAY
At least 1½ times the regular rate of pay for all hours worked over 40 in a workweek.

### CHILD LABOR
An employee must be at least 16 years old to work in most non-farm jobs and at least 18 to work in non-farm jobs declared hazardous by the Secretary of Labor. Youths 14 and 15 years old may work outside school hours in various non-manufacturing, non-mining, non-hazardous jobs with certain work hours restrictions. Different rules apply in agricultural employment.

### TIP CREDIT
Employers of "tipped employees" who meet certain conditions may claim a partial wage credit based on tips received by their employees. Employers must pay tipped employees a cash wage of at least $2.13 per hour if they claim a tip credit against their minimum wage obligation. If an employee's tips combined with the employer's cash wage of at least $2.13 per hour do not equal the minimum hourly wage, the employer must make up the difference.

### NURSING MOTHERS
The FLSA requires employers to provide reasonable break time for a nursing mother employee who is subject to the FLSA's overtime requirements in order for the employee to express breast milk for her nursing child for one year after the child's birth each time such employee has a need to express breast milk. Employers are also required to provide a place, other than a bathroom, that is shielded from view and free from intrusion from coworkers and the public, which may be used by the employee to express breast milk.

### ENFORCEMENT
The Department has authority to recover back wages and an equal amount in liquidated damages in instances of minimum wage, overtime, and other violations. The Department may litigate and/or recommend criminal prosecution. Employers may be assessed civil money penalties for each willful or repeated violation of the minimum wage or overtime pay provisions of the law.

Civil money penalties may also be assessed for violations of the FLSA's child labor provisions. Heightened civil money penalties may be assessed for each child labor violation that results in the death or serious injury of any minor employee, and such assessments may be doubled when the violations are determined to be willful or repeated. The law also prohibits retaliating against or discharging workers who file a complaint or participate in any proceeding under the FLSA.

### ADDITIONAL INFORMATION
- Certain occupations and establishments are exempt from the minimum wage, and/or overtime pay provisions.
- Special provisions apply to workers in American Samoa, the Commonwealth of the Northern Mariana Islands, and the Commonwealth of Puerto Rico.
- Some state laws provide greater employee protections; employers must comply with both.
- Some employers incorrectly classify workers as "independent contractors" when they are actually employees under the FLSA. It is important to know the difference between the two because employees (unless exempt) are entitled to the FLSA's minimum wage and overtime pay protections and correctly classified independent contractors are not.
- Certain full-time students, student learners, apprentices, and workers with disabilities may be paid less than the minimum wage under special certificates issued by the Department of Labor.



**WHD**
**WAGE AND HOUR DIVISION**
UNITED STATES DEPARTMENT OF LABOR

1-866-487-9243 • TTY: 1-877-889-5627 • www.dol.gov/whd • REV 07/16

---

# EM
## EMPLOY

**The Emp
prohibits
lie detec
screening**

### PROHIBITIONS
Employers are g
job applicant to t
discriminating ag
a test or for exen

### EXEMPTIONS
Federal, State an
does not apply to
individuals engag

The Act permits
private sector, su
security service f
manufacturers, d

The Act also perm
employees of priv
workplace incider
the employer.

The law does not
collective bargain
detector tests.

### EXAMINEE RIGHT
Where polygraph
standards concern
number of specifi
the right to refuse
disclosed to unaut

### ENFORCEMENT
The Secretary of L
civil penalties aga
own court actions.