UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| **NICHOLAS PETERSON et al.** | * | |
| *On behalf of themselves and others similarly situated,* | * | |
| | * | |
| Plaintiffs, | | CIVIL NO.: JKB-16-3629 |
| | * | |
| v. | * | |
| **M.J.J. INC. et al.,** | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF PHILIP POKORNY

Philip Pokorny declares as follows:

1. My names is Philip Pokorny. I am Supervisor, Community Corrections Unit, Baltimore County Department of Corrections ("Department").

2. An inmate sentenced to the Baltimore County Department of Corrections may participate in the Baltimore County Work Release Program ("Program") if he/she is recommended by the sentencing judge and meets certain eligibility criteria. The Program offers eligible inmates the opportunity to work while incarcerated, allowing financial support to be provided to his/her family. The unit remains supervised by the Department and is supported by local community businesses. Inmates in the Program leave confinement to work, and return to prison when their shift is complete. Inmates in the Program are not permitted to drive themselves to work. They typically take mass transit to and from their place of work.

3. Employers who employ inmates through the Program pay the inmate directly. The

inmate is required to turn in his or her paycheck to the Department, and the paycheck is then deposited into the inmate's account. Program fees are deducted and the balance is available to the inmate.

4. The Department remains involved with the inmate and the employer for the duration of the inmate's work. For example, the Department conducts regular on-site visits at the work site and telephone checks with the employer to check in on the inmate. The Department also conducts random drug tests of inmates to monitor the use of alcohol and/or narcotics.

5. Work Release inmates may not be left unsupervised on the job. While working, they may not make or receive telephone calls, have visits with friends or relatives, make unauthorized purchases, leave the job site (even for lunch) without Department approval, be sent to another location without Department notification, or conduct personal business.

6. Nicholas Peterson, DOB 5/18/84 was in the Baltimore County Department of Corrections Work Release Program, employed at Suburban House from October 2014 to December 2014.

7. Jena Danson, DOB 1/29/94 was in the Baltimore County Department of Corrections Work Release Program, employed at Suburban House from January 2015 to April 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of February, 2017, in Towson, Maryland.

Philip Kokorny